# EXHIBIT "S"



# NICOLET
## HIGH SCHOOL

March 6, 2018

**SENT VIA CERTIFIED MAIL**

Mr. David Johnson
930 Hyw. QQ
Waupaca, WI 54981

Re:  Notification of Release of Records

Dear Mr. Johnson:

Please be advised that the Nicolet High School District has decided to publicly release certain records, of which you are the subject. Specifically, the District has decided to release the findings of Attorney Joe Russell's independent investigation and a cover letter from the School Board. The findings of the investigation and the cover letter refer to you by name.

The investigation found the following:

- A former Nicolet High School student was sexually abused by you in the early 1980s, while a student at Nicolet, on more than one occasion;
- You asked the former student to perform physical exercises on Nicolet's campus, alone and outside of regular school hours, purportedly for the purpose of scientific/physiological research that you were conducting;
- Inappropriate sexual contact occurred during these interactions;
- In the early summer of 1983, a different Nicolet High School student reported similar abuse by you to a Nicolet staff member;
- On July 13, 1983, the School Board met in closed session with you and agreed to continue your employment under certain conditions set forth in a letter from the District Administrator;
- You denied having any contract with any Nicolet student that was sexual in nature, but the investigator did not find your denial to be credible.
- In 2003, in a Wisconsin county outside of Milwaukee, you were convicted of two separate counts of fourth degree sexual assault of two adult males. The allegations in the criminal complaint involved physical exercises similar to those described above.

Pursuant to the Public Records Law (Wis. Stats. § 19.356(2)(a)1.), the District is obligated to provide you with advance notice of the release of any record containing information related to

6701 N. Jean Nicolet Road Glendale, WI 53217-3799 ● Phone 414.351.1700 Fax 414.351.7526 ● www.nicolet.k12.wi.us

you that results from an investigation into a possible employment-related violation by you of a statute, ordinance, rule, regulation, or District policy. The Public Records Law also provides you with the right to challenge our decision to release these records.

If you disagree with the District's decision to release the records, you may go to court to seek an injunction to block their release. Such legal action is not required; it is an option that you may pursue should you choose to do so. Pursuant to the Public Records Law, you have five (5) business days from the receipt of this notice to notify me whether you intend to pursue legal action to block disclosure of the records. Wis. Stats. § 19.356(3). Within ten (10) business days after receipt of this notice, you may commence a legal action to prevent disclosure of the records to be released. Wis. Stats. § 19.356(4). The Public Records Law states that the District may not release the above records for a period of twelve (12) business days after this notice is sent. Wis. Stats. § 19.356(5). If you have not initiated an action to block the release of these records, the District intends to release copies of these records on the thirteenth (13th) business day after the date of this letter.

Sincerely,

Dr. Robert Kobylski
Superintendent